
**HUMANA.**
*Guidance when you need it most*

# Humana Health Plan of Texas, Inc.

**This Consumer Choice of Benefits Health Maintenance Organization health care plan, either in whole or in part, does not provide state-mandated health benefits normally required in certificates of coverage in Texas. This standard health benefit plan may provide a more affordable health plan for you although, at the same time, it may provide you with fewer health plan benefits than those normally included as state-mandated health benefits in Texas. Please consult with your insurance agent to discover which state-mandated health benefits are excluded in this certificate of coverage.**

**Group Plan Sponsor:** KOMEX ELECTRONIC MATERIAL

**Master Group Contract Number:** 678101

**Effective Date of Master Group Contract:** 12/01/2009 **Product Name:** TXAI1645 CPYH *H100000TX*

Terms printed in italic type in this *master group contract* have the meaning indicated in the "Glossary" section of the Certificate of Coverage ("*certificate*").

This *master group contract* is delivered in and governed by the laws of: TX.

Humana Health Plan of Texas, Inc. agrees, subject to all the terms and provisions of this *master group contract*, to pay benefits as described in the *certificate*, incorporated by reference herein, with respect to each *covered person* under this *master group contract*. Humana Health Plan of Texas, Inc. and the *group plan sponsor* have agreed to all of the terms of this *master group contract*.

The *master group contract* is issued in consideration of the Employer Group Application of the *group plan sponsor*, incorporated by reference herein, and such *group plan sponsor's* payment of premium as provided under this *master group contract*.

This *master group contract* and the coverage it provides become effective at 12:01 A.M. (Standard Time) of the effective date stated above. This *master group contract* and the coverage it provides terminates at 12:00 A.M. (Standard Time) of the date of termination. The provisions stated above and on the following are part of this *master group contract*.



Michael B. McCallister
President

*H100100TX*

**"We have also arranged for *health coverage* to be provided to *covered persons* for services and supplies not obtained through *network providers* of Humana Health Plan of Texas, Inc.  This arrangement is a benefit under the terms of this *master group contract*, and the policy issued by Humana Insurance Company, Inc. outlines the scope of coverage and the manner in which the *health coverage* provided by Humana Insurance Company may be used."  *Covered persons* are not required to first use the benefits offered by Humana Health Plan of Texas, Inc. prior to utilizing the benefits outlined in the attached policy insured through Humana Insurance Company.**

*H100150TX*

# IMPORTANT NOTICE

To obtain information or make a complaint:

You may call Humana Health Plan of Texas Inc.'s toll-free telephone number for information or to make a complaint at:

**1-866-4ASSIST**

You may also write Humana Health Plan of Texas Inc. at:

Green Bay Service Center
(Badger/MTV Medical)
P.O. Box 14618
Lexington, KY  40512-4618

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX  78714-9104
FAX #(512)475-1771

## PREMIUM OR CLAIM DISPUTES:
Should you have a dispute concerning your premium or about a claim you should contact the (agent) (company) (agent or the company) first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

## ATTACH THIS NOTICE TO YOUR POLICY/CERTIFICATE: This notice is for information only and does not become a part or condition of the attached document.

*H100300TX*

# AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Humana Health Plan of Texas Inc.'s para informacion o para someter una queja al:

**1-866-4ASSIST**

Usted tambien puede escribir a Humana Health Plan of Texas Inc. al:

Green Bay Service Center
(Badger/MTV Medical)
P.O. Box 14618
Lexington, KY  40512-4618

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX  78714-9104
FAX #(512)475-1771

## DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el (agente) (la compania) (agente o la compania) primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

## UNA ESTE AVISO A SU POLIZA/CERTIFICADO:
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

# SUBSIDIARIES OR AFFILIATES

Any *employer*, that is a subsidiary or affiliate of a *group plan sponsor*, is eligible for coverage under this *master group contract* if the following conditions are met:

- The subsidiary or affiliate is a company owned and controlled by the *group plan sponsor,* files a combined tax return and is listed in the Employer Group Application of the *group plan sponsor,* or in any amendment thereto;

- The *group plan sponsor* and the subsidiary or affiliate are members of the same controlled group of corporations or trades or business under common control, as described for employee benefits taxation purposes in the Internal Revenue Code; and

- The subsidiary or affiliate has been approved for coverage under this *master group contract* in writing or by *electronic mail*, by both the *group plan sponsor* and *us*.

For the purposes of this *master group contract*, an *employee* of such a subsidiary or affiliate of the *group plan sponsor* shall be considered to be an *employee* of the *group plan sponsor*.
*H100400TX*

A subsidiary or affiliate of a *group plan sponsor* shall cease to be eligible for coverage under this *master group contract* on the earliest of the following:

- The end of the month in which the *group plan sponsor* and the subsidiary or affiliate are no longer members of the same controlled group of corporations or trades or business under common control, as described for employee benefits taxation purposes in the Internal Revenue Code;

- The end of the month, following a 60 day written notice, in which the subsidiary or affiliate has relocated outside of the *service area* and no *covered person* resides, lives, or works in the *service area*;

- The end of the month in which the *group plan sponsor's* written notice of its intent to terminate the participation of the subsidiary or affiliate is received by *us*, or on any later date as may be stated in such notice; or

- The end of the month in which this *master group contract* terminates.

The coverage of any *employee* of a subsidiary or affiliate of a *group plan sponsor* and the coverage of such *employee's* covered *dependents*, shall terminate at the end of the month in which the subsidiary or affiliate ceases participation under this *master group contract*.
*H100500  02/05*

# REQUIREMENTS FOR COVERAGE

## Eligibility

A *group plan sponsor* must indicate on the Employer Group Application the *employees* eligible under this *master group contract* if applicable, as defined below:

- All *employees* of a *small employer* who meet the *certificate* definition of an *eligible employee*.  An *eligible employee* must be in *active status*, working the number of hours indicated on the Employer Group Application.  An *eligible employee* may also include sole proprietors, partners, corporate officers, and independent contractors if the *group plan sponsor* makes specific reference that sole proprietors, partners, corporate officers or independent contractors be included and meet the definition of an *eligible employee* as defined in the *certificate*.

- All *employees* of a *large employer* meeting the *participation criteria* established by the *large employer*.

- The *group* plan may also provide coverage for retired *employees* and their *dependents*.  Retirees will be eligible only if the *group plan sponsor* has 51 or more *employees* in an *active status* enrolled in the plan(s), the *group plan sponsor* requests such coverage, and it is approved by *us*.

- Part-time *employees* may also be included as eligible for coverage under this *master group contract* if the *group plan sponsor* makes specific reference that part-time *employees* are included, and it is approved by *us*.

- The *dependents* of an *employee* may be eligible for coverage under this *master group contract* if they meet the *certificate* definition of *dependent* and if the *employee* is covered under this *master group contract*.

*H100600TX*


## Date eligible

Each *group* plan may provide one of the following as the *eligibility date* for *employees* and *dependents* as provided by this *master group contract*.  The *group plan sponsor* must elect the *eligibility date* on the Employer Group Application.  *Eligibility date* options include immediate or first of the month as outlined below.

*H100700*

## Immediate eligibility

Each *eligible employee* of a *small employer* or *employees* meeting the *participation criteria* of a *large employer* included on, or after, the date the *employer* becomes a *group plan sponsor* will be eligible under this *master group contract* on that date, provided the required *waiting period* has been completed, if any, as indicated on the Employer Group Application.
*H100800TX*

## First of the month eligibility

Each *eligible employee* of a *small employer* or *employees* meeting the *participation criteria* of a *large employer* included after the date the *employer* becomes a *group plan sponsor* will be eligible under this *master group contract* on the first day of the next following calendar month, or on the first day of the next following calendar month after the completion of the *waiting period*, if any, as indicated on the Employer Group Application or as otherwise agreed to by the *group plan sponsor* and *us*.
*H100900TX*

**Note**:  The *group plan sponsor* may require any *employee* who voluntarily terminates his or her coverage to satisfy a new *waiting period* in order to become covered again under the *group plan sponsor's* plan. However, if a person's coverage terminated because he or she was no longer considered to be eligible, that person is not required to satisfy a new *waiting period* if he or she again becomes eligible within one year from the date his or her coverage terminated.
*H101000TX*

## Employee enrollment

Each *employee* must complete the *employee* enrollment process to apply for coverage.

*We* reserve the right, based upon *our* underwriting procedures, to require an *employee* and/or *dependent* eligible under this *master group contract* to submit evidence of health status.  *We* will <u>not</u> use *health status-related factors* to decline medical coverage to an *employee* or *dependent* eligible under an accepted *master group contract. We* will administer this provision in a non-discriminatory manner.
*H101100TX*

## Employee certificates

A *certificate* setting forth a statement of benefits the *employee* and the *employee's* covered *dependents* are entitled will be available via the Internet or in writing when requested.  The *employer* is responsible for providing *employees* access to the *certificate*.
*H101150TX*

# PARTICIPATION REQUIREMENTS

The *group plan sponsor* is required to maintain *our* minimum underwriting, participation and contribution requirements, as specified on the Employer Group Application.
*H101200TX*

# RENEWAL AND TERMINATION PRIVILEGE

## Right to not renew or terminate this master group contract

The *group plan sponsor* may terminate this *master group contract* by giving written notice to *us* no later than 31 days prior to the desired termination date.

The *group plan sponsor* may terminate the coverage provided under any provision of this *master group contract*, with *our* consent, by giving written notice to *us* as of a date mutually agreeable to the *group plan sponsor* and *us*.
*H101300TX*

The *large employer* may terminate coverage for *covered persons* who no longer meet the *participation criteria* of the *large employer*.
*H101400TX*

*We* may terminate this *master group contract*, as allowed by applicable law, by giving written notice to the *group plan sponsor*. Written notice will be mailed no later than 31 days prior to the termination date, except as otherwise outlined under this provision.

*We* may refuse to renew or *we* may terminate the *master group contract* as follows:

- The end of the month in which *group plan sponsor* fails to remit premium necessary to maintain the coverage provided by both Humana Health Plan of Texas, Inc. and Humana Insurance Company when due, except that coverage continues during the grace period applicable to the due but unpaid premium. The *group plan sponsor* is responsible for premium during the grace period. If payment is not remitted by the end of the grace period, the *master group contract* and the companion plan will simultaneously terminate at 12:00 A.M. (Standard Time) on the day the grace period ends.

- The end of the month in which *group plan sponsor* has failed to comply with *our* minimum underwriting, participation and/or contribution requirements, as specified in the Employer Group Application.

- The end of the month, following a 30 day written notice, in which no *covered person* resides, lives, or works in the *service area*.

- The *group plan sponsor* has performed an act or practice that constitutes fraud or made an intentional misrepresentation of material fact. *We* may terminate the *master group contract* with at least 15 days prior written notice to the *group plan sponsor* for instances of fraud or intentional misrepresentation of a material fact.

- If *we* decide to discontinue offering a particular group health plan:

  - The *group plan sponsor* and the *employees* will be notified of such discontinuation at least 90 days prior to the date of discontinuation of such coverage; and
  - The *group plan sponsor* will be given the option to purchase any other group plan providing medical benefits that is being offered by *us* at such time.

The *group plan sponsor* will again be notified by *us* in writing of such discontinuation 30 days prior to the discontinuance date.

- *We* cease to do business in either the *small employer* or the *large employer* group medical market, as applicable and as allowed by the state requirements. If *we* cease doing business in the *small employer* or the *large employer* group market, the *group plan sponsors* and the *employees* covered by such health plans and the Commissioner of Insurance will be notified of such discontinuation at least 180 days prior to the date of discontinuation of such coverage.

  The *group plan sponsor* will again be notified by *us* in writing of such discontinuation 30 days prior to the discontinuance date.

*H101500TX  06/06*

## Effect of termination of this agreement

Upon termination of this *master group contract*, it is the *group plan sponsor's* obligation to notify all *employees* of such termination, except for the specific situations outlined in the "Right to Not Renew or Terminate this Master Group Contract" provision. If the *group plan sponsor* requires a contribution from the *employees* to offset a portion of the premium, it is the responsibility of the *group plan sponsor* to refund to those *employees* the portion of the contribution, if any, which the *group plan sponsor* may have collected for any period of time following the termination of this *master group contract*.

*Our* obligation to offer continuation coverage under the Consolidated Omnibus Budget Reconciliation Act (COBRA) to *covered persons* ends on the date the *master group contract* terminates. *Our* obligation to offer continuation coverage to *covered persons* under any other applicable law ends on the date this *master group contract* terminates or on such date as may be required under the applicable continuation of coverage law. It shall be the responsibility of the *group plan sponsor* to secure continuation of coverage for *covered persons* whose continuation rights run beyond the termination of this *master group contract*.

*H101600*

## Termination of coverage

Unless otherwise agreed to by the *group plan sponsor* and *us*, termination of coverage will occur following any of the events listed below:

- The end of the month in which this *master group contract* terminates in accordance with its terms and conditions;

- The termination date according to the "Right to Not Renew or Terminate this Master Group Contract" provision;

- The date the *group plan sponsor*, acting with *our* knowledge and consent, deletes an optional benefit under this *master group contract*; termination under this paragraph will occur only with respect to such deleted optional benefit coverage;

- The end of the month in which the *group plan sponsor*, acting with *our* knowledge and consent, deletes *employees* eligible under this *master group contract*, if applicable, from the *group plan sponsor's* plan; termination under this paragraph will occur only with respect to *covered persons* no longer meeting the large employer's participation criteria or will occur with respect to all *covered persons* of a *small employer*; or

- The *group plan sponsor*, acting with *our* knowledge and written consent, terminates any provision of this *master group contract* (termination under this paragraph will occur on a date mutually agreeable to the *group plan sponsor* and *us*).

*H101700TX*


## Rescission, reduction of coverage or increase past premium

*We* reserve the right to rescind this *master group contract* or reduce coverage in accordance with applicable law. This action may be applied to one or all *covered persons* when *we* have been provided incomplete or inaccurate or untimely information on any enrollment form, Employer Group Application or any other eligibility form, if such intentional misrepresentation materially affected the acceptance of the *group*, the individual, or the risk.

*We* reserve the right to increase past premium in accordance with applicable law. This action may be applied to all *covered persons* when *we* have been provided incomplete or inaccurate or untimely information on any enrollment form, Employer Group Application or any other eligibility form, if such intentional misrepresentation materially affected the acceptance of the *group*, the individual, or the risk.

If on the date coverage is rescinded or reduced, no claims have been paid under this *master group contract*, *we* will return to the *group plan sponsor* all premiums paid for such coverage.

If on the date coverage is rescinded or reduced, claims have been paid under this *master group contract*, *we* reserve the right to deduct an amount equal to the amount of such claims paid from the premiums to be returned to the *group plan sponsor*. The *group plan sponsor* is responsible for any amount of claims in excess of the premium.

At any time, *we* may assert defenses based upon provisions in the *master group contract* which relate to *your* eligibility for coverage under the *master group contract*.

*H101900TX*

## Reinstatement

If the *master group contract* terminates, it may be reinstated at *our* option.  Reinstatement requests must be submitted in writing by the *group plan sponsor*, are subject to *our* approval and are <u>not</u> guaranteed.

Any premium accepted in connection with a reinstatement will be applied to the period for which the premium was not previously paid.
*H102000*

A *group plan sponsor* that requests reinstatement will be assessed a Reinstatement Fee.
*H102100*

## Payment of premiums

Unless otherwise agreed to by *us*, the first premium is due on the *group plan sponsor's* effective date under this *master group contract* and subsequent premiums are due prior to the first of each calendar month thereafter.

The required premium due on each premium due date is the sum of the premium for all *employees* under this *master group* contract. The premiums due will be determined by applying the premium rates then in effect for each type of coverage provided by this *master group contract* to the amount of coverage in force.

Premiums should be sent to the designated location on the premium statement. Premiums will be recorded as paid on the date *we* receive the payment. If there are not sufficient funds in the designated bank account on the date that premiums are deducted, the *group plan sponsor* will be assessed an Insufficient Funds Fee.
*H102200TX 10/06*

## Premium statement

A premium statement will be prepared in accordance with the billing method *we* arrange with the *group plan sponsor*. This premium statement will show the premium due. It will also reflect any pro-rata premium charges and credits resulting from changes in the number of *covered persons* and changes in the amounts of coverage that took place during the period following the last premium statement. In the event *we* receive notice of a decrease in coverage for a *covered person* more than one month after the decrease, retroactive premium credit will be limited to two month's premium.
*H102300TX*

## Premium rate change

Premium rates for this *master group contract* will be calculated as specified in the "Payment of Premiums" provision. *We* reserve the right to change any premium rate, including on a retrospective basis when:

- Terms of the *master group contract* are changed by *us*; or

- *Our* liability has been altered, in *our* opinion, because of:

  - A change in state or federal law; or
  - A substantive change in the composition of the *group*; or
  - Fraud or misrepresentation of a material fact by the *group plan sponsor*, *employee* or an *employee's dependent*; or

- The *group plan sponsor* changes the terms of this *master group contract* with *our* written or *electronically* transmitted consent; or

- *We* provide 60 days written or *electronic* notice to the *group plan sponsor* that the premium rates will change, as permitted by applicable law.  Such notice shall include the effective date of the change in premium rates.

*H102400TX*

## Premium charges for benefit changes or a modification of an individual's coverage

If the group health plan benefits or an individual's coverage are modified other than on a premium due date, any applicable change in premium resulting from the modification will become effective as follows:

For a group with 2-99 *employees*, the change in premium will be effective on the date the change in coverage becomes effective.

For a group with 100 or more *employees*:

- If the change is effective on or before the 15th of the month, the change in premium will be effective on the first of the month during which the change in coverage is effective;
- If the change is effective after the 15th of the month, the change in premium will be effective on the first of the month following the effective date of the change in coverage.

The effective date of a change in premium will only vary from the above upon mutual written agreement between the *group plan sponsor* and *us*.

*H102500  10/06*

## Notice of individual coverage terminations

Notice of any individual's coverage termination should be given to us within 31 days of the termination date.  An individual remains a *covered person* under the *master group contract* until the *group plan sponsor* notifies *us* the individual is no longer eligible for coverage.  Failure to notify *us* of a individual's termination of coverage within 31 days will result in the *group plan sponsor* being liable for the *covered person's* premium from the time the individual is no longer eligible for coverage under the *master group contract* until the end of the month in which the *group plan sponsor* notifies *us* of the individual's coverage termination.

*H102700TX  04/06*

## Grace period

While this *master group contract* continues in force, a grace period of 31 days will be allowed to the *group plan sponsor* following the premium due date, for the payment of each required premium due. This *master group contract* will remain in force during the grace period.  If the required premium is not paid by the end of the 31-day period, this *master group contract* will terminate effective as of the last day of the month for which the last premium was received.  Any claims incurred after the last day of the month for which premium was received are the responsibility of the *group plan sponsor*.
*H102800TX*

## Unpaid premium

If the required premium is not paid by the end of the 31-day grace period, *we* reserve the right to collect the premium for the grace period.

Unpaid premium is subject to a late charge of 1.5% per month, for each late month beginning on the first day after the premium due date.
*H102900TX  09/04*



# Humana Insurance Company

**Policyholder:**  KOMEX ELECTRONIC MATERIAL

**Policy Number:**  678101

**Effective Date of Policy:**  12/01/2009          **Product Name:**  TXAI1645  CPYH
*100000*

Terms printed in italic type in this *policy* have the meaning as indicated in the "Glossary" section of the *certificate*.  Defined terms are printed in italic type whenever found in this *policy*.

This *policy* is delivered in and governed by the laws of:  TEXAS.

Humana Insurance Company agrees, subject to all the terms and provisions of this *policy*, to pay benefits as described in the Certificate of Insurance, incorporated by reference herein, with respect to each *covered person* under this *policy*.  Humana Insurance Company and the *policyholder* have agreed to all of the terms of this *policy*.

This *policy* is a companion plan to the Master Group Contract issued to the *policyholder* by Humana Health Plan of Texas, Inc. (the HMO).

The *policy* is issued in consideration of the *policyholder's* application, incorporated by reference herein, and such *policyholder's* payment of premiums as provided under this *policy*.

This *policy* and the insurance it provides become effective at 12:01 A.M. (Standard Time) of the effective date stated above.  This *policy* and the insurance it provides terminates at 12:00 A.M. (Standard Time) of the date of termination.  The provisions stated above and on the following are part of this *policy*.

Michael B. McCallister
President

*100100TX  01/06*

**THIS CONSUMER CHOICE OF BENEFITS HEALTH INSURANCE PLAN, EITHER IN WHOLE OR IN PART, DOES NOT PROVIDE STATE-MANDATED HEALTH BENEFITS NORMALLY REQUIRED IN ACCIDENT AND SICKNESS INSURANCE POLICIES IN TEXAS. THIS STANDARD HEALTH BENEFIT PLAN MAY PROVIDE A MORE AFFORDABLE HEALTH INSURANCE POLICY FOR YOU ALTHOUGH, AT THE SAME TIME, IT MAY PROVIDE YOU WITH FEWER HEALTH BENEFITS THAN THOSE NORMALLY INCLUDED AS STATE-MANDATED HEALTH BENEFITS IN POLICIES IN TEXAS. PLEASE CONSULT WITH YOUR INSURANCE AGENT TO DISCOVER WHICH STATE-MANDATED HEALTH BENEFITS ARE EXCLUDED IN THIS POLICY.**
*100150TX*

**THIS IS <u>NOT</u> A POLICY OF WORKERS' COMPENSATION INSURANCE. THE *EMPLOYER* DOES NOT BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PURCHASING THIS *POLICY*, AND IF THE *EMPLOYER* IS A NON-SUBSCRIBER, THE *EMPLOYER* LOSES THOSE BENEFITS WHICH WOULD OTHERWISE ACCRUE UNDER THE WORKERS' COMPENSATION LAWS. THE *EMPLOYER* MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT PERTAINS TO NON-SUBSCRIBERS AND THE REQUIRED NOTIFICATIONS THAT MUST BE FILED AND POSTED.**
*100200TX*

**This is <u>not</u> a policy of Long Term Care insurance.**
*100300*

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call Humana Insurance Company's toll-free telephone number for information or to make a complaint at:

**1-866-4ASSIST**

You may also write to Humana Insurance Company at:

Green Bay Service Center
(Badger/MTV Medical)
P.O. Box 14618
Lexington, KY 40512-4618

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
FAX #(512)475-1771

## PREMIUM OR CLAIM DISPUTES:
Should you have a dispute concerning your premium or about a claim you should contact the (agent) (company) (agent or the company) first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

## ATTACH THIS NOTICE TO YOUR POLICY/CERTIFICATE: This notice is for
information only and does not become a part or condition of the attached document.

*100350TX*

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Humana Insurance Company's para informacion o para someter una queja al:

**1-866-4ASSIST**

Usted tambien puede escribir a Humana Insurance Company al:

Green Bay Service Center
(Badger/MTV Medical)
P.O. Box 14618
Lexington, KY 40512-4618

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
FAX #(512)475-1771

## DISPUTAS SOBRE PRIMAS O
## RECLAMOS: Si tiene una disputa concerniente
a su prima o a un reclamo, debe comunicarse con el (agente) (la compania) (agente o la compania) primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

## UNA ESTE AVISO A SU POLIZA/CERTIFICADO:
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

# SUBSIDIARIES OR AFFILIATES

Any *employer,* that is a subsidiary or affiliate of a *policyholder* is eligible under the *policyholder's group* health plan provided under this *policy* if the following conditions are met:

- The subsidiary or affiliate is a company owned and controlled by the *policyholder*, files a combined tax return and is listed in the Employer Group Application of the *policyholder*, or in any amendment thereto;

- The *policyholder* and the subsidiary or affiliate are members of the same controlled group of corporations or trades or business under common control, as described for employee benefits taxation purposes in the Internal Revenue Code; and

- The subsidiary or affiliate has been approved for coverage under this *policy*, in writing or by *electronic mail*, by both the *policyholder* and *us*.

For the purposes of this *policy*, an *employee* of such a subsidiary or affiliate of the *policyholder* shall be considered to be an *employee* of the *policyholder*.
*100400TX  06/06*

A subsidiary or affiliate of a *policyholder* shall cease to be eligible in the *policyholder's group* health plan provided under this *policy* on the earliest of the following:

- The date the *policyholder* and the subsidiary or affiliate are no longer members of the same controlled group of corporations or trades or business under common control, as described for employee benefits taxation purposes in the Internal Revenue Code;

- The date the *policyholder's* written notice of its intent to terminate the participation of the subsidiary or affiliate is received by *us*, or on any later date as may be stated in such notice; or

- The date this *policy* terminates.

The insurance of any *employee* of a subsidiary or affiliate of a *policyholder*, and the insurance of such *employee's* covered *dependents*, shall immediately terminate on the date the subsidiary or affiliate ceases participation in the *policyholder's group* health plan.
*100500  06/06*

# REQUIREMENTS FOR INSURANCE COVERAGE

## Point of service - eligibility and enrollment

To be eligible to enroll for the coverage provided through this *policy*, the *employee* and his or her *dependents* must meet the eligibility requirement of the HMO and be enrolled in the HMO.
*101150  04/06*

# PARTICIPATION REQUIREMENTS

The *policyholder* is required to maintain *our* minimum participation and contribution requirements, as specified on the Employer Group Application.
*101200TX*

# RENEWAL AND TERMINATION PRIVILEGE

## Point of service – renewal and termination

The *policy* will continue in force as long as the *policyholder* participates in the *health insurance coverage* offered under the *policy* and the health coverage of the HMO master group contract. If the *policyholder* terminates participation in the HMO master group contract, insurance coverage provided through the *policy* will simultaneously be terminated. *We* may terminate the health coverage as described in the Renewal and Termination provision of the HMO master group contract.
*102110TX  01/06*

# PREMIUMS

## Payment of premiums

Unless otherwise agreed to by *us,* the first premium is due on the *policyholder's* effective date under this *policy*. Subsequent premiums are due prior to the first of each calendar month thereafter.

The required premium due on each premium due date is the sum of the premium for all *employees* in the *policyholder's group* health plan. The premiums due will be determined by applying the premium rates then in effect for each type of insurance provided by this *policy* to the amount of insurance in force.

Premiums should be sent to the designated location on the premium statement. Premiums will be recorded as paid on the date *we* receive the payment.
*102200TX 10/06*

## Premium statement

A premium statement will be prepared in accordance with the billing method *we* arrange with the *policyholder*. This premium statement will show the premium due. It will also reflect any pro rata premium charges and credits resulting from changes in the number of *covered persons* and changes in the amounts of insurance that took place during the period following the last premium statement. In the event that notice of termination of coverage, or a decrease in coverage, for a *covered person* is received by *us* more than one month after the termination or decrease, retroactive premium credit will be limited to one month's premium.
*102300*

## Premium rate change

Premium rates for this *policy* will be calculated as specified in the "Payment of Premiums" provision. *We* reserve the right to change any premium rate, including on a retrospective basis when:

- Terms of the *policy* are changed by *us*; or

- *Our* liability has been altered, in *our* opinion, because of:

    - A change in state or federal law; or
    - A substantive change in the composition of the *group*; or
    - Fraud or misrepresentation of a material fact by the *policyholder*, *employee* or an *employee's dependent*; or

- The *policyholder* changes the terms of this *policy* with *our* written or *electronically* transmitted consent; or

- *We* provide 60 days written or *electronic* notice to the *policyholder* that the premium rates will change, as permitted by applicable law.  Such notice shall include the effective date of the change in premium rates.

*102400TX*

## Premium charges for benefit changes or a modification of an individual's coverage

If the group health plan benefits or an individual's insurance coverage are modified other than on a premium due date, any applicable change in premium resulting from the modification will become effective as follows:

For a group with 2-99 *employees*, the change in premium will be effective on the date the change in coverage becomes effective.

For a group with 100 or more *employees*:

- If the change is effective on or before the 15th of the month, the change in premium will be effective on the first of the month during which the change in coverage is effective;

- If the change is effective after the 15th of the month, the change in premium will be effective on the first of the month following the effective date of the change in coverage.

The effective date of a change in premium will only vary from the above upon mutual written agreement between the *policyholder* and *us*.

*102700  10/06*

## Notice of individual coverage terminations

The *policyholder* is liable for an individual insured's premiums from the time the individual is no longer part of the group eligible for coverage under the *policy* until the end of the month in which the *policyholder* notifies the insurer that the individual is no longer part of the group eligible for coverage under the policy.  The individual remains covered under the *policy* until the end of that period.

Notice of any person's coverage termination should be given within 31 days of the termination date. Failure to notify *us* of a termination of coverage within 31 days will result in the *policyholder* being liable for the difference between the premiums paid and all benefits provided or claims verified and/or paid after the date of termination.

*102800TX*

## Grace period

While this *policy* continues in force, a grace period of 31 days will be allowed to the *policyholder* following the premium due date, for the payment of each required premium due. This *policy* will remain in force during the grace period. If the required premium is not paid by the end of the 31-day period, this *policy* will terminate. The *policyholder* will be required to pay premium for the grace period.
*102900TX*

## Unpaid premium

If the required premium is not paid by the end of the 31-day grace period, *we* reserve the right to collect the premium for the grace period.

Unpaid premium is subject to a late charge of 1.5% per month, for each late month beginning on the first day after the premium due date.
*103000TX*